## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHAMISO MASWOSWE,

        Plaintiff

    v.

MERRICK GARLAND,

        Defendant

Civil Action No. 21-0411 (CKK)

### ORDER
(March 18, 2022)

The Court is in receipt of the parties' [24] Joint Motion to Extend Discovery Deadlines, in which the parties request that the Court extend certain deadlines in its [20] Scheduling and Procedures Order to allow Defendant to "collect information from several individuals, at least one of whom no longer works for the Department of Justice," and because "Plaintiff's counsel is facing a heavy litigation schedule." *See* Mot. at 1. This is the parties' first request for an extension, and they agree to the proposed modified schedule.

It is this 18th day of March 2022 **ORDERED** that the parties' [24] Joint Motion is **GRANTED;** it is further

**ORDERED** that the status hearing currently scheduled for July 8, 2022 is **VACATED;** and it is further

**ORDERED** that the parties shall adhere to the following schedule:

    (a)    **Proponent's Rule 26(a)(2)(B) & (C) Disclosures** shall be due on or before **MAY 13, 2022**; with the **Opponent's Rule 26(a)(2)(B) & (C) Disclosures** due on or before **JUNE 6, 2022**; and **replies**, if any, due on or before **JUNE 13, 2022**[1].

    (b)    **All discovery shall be completed, and all discovery-related motions filed** (motions to compel, motions to quash, motions for sanctions under Fed. R. Civ. P. 37, etc.) on or before **JULY 13, 2022**.

    (c)    The next **Status Hearing** is hereby set for **AUGUST 24, 2022 at 10:00am**.

---

[1] The parties did not identify a proposed date for replies. The Court has set this date to correspond to the same time period adopted in its earlier [20] Scheduling and Procedures Order, based on the date the parties have proposed for the opponent's disclosures.

The parties have also requested that the Court order modifications to the deadlines contained in the parties' Joint Discovery Plan for (1) responses to written discovery; (2) document productions; and (3) the period for depositions. Consistent with its previous Scheduling and Procedures Order, the Court shall not order these deadlines, but leaves them to the parties' agreement. However, the Court expects that the parties shall adhere to the deadlines that they have proposed in their [24] Motion.

The dates identified above are firm; the Court has endeavored to give the parties the schedule that they have requested and expects that they will adhere to that schedule.

**SO ORDERED.**


      /s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge