IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAMISO MASWOSWE,
                  Plaintiff,

v.                                                                            No. 21-cv-411 (CKK)

MERRICK GARLAND,
                  Defendant.

**JOINT MOTION FOR REFERRAL TO THE DISTRICT COURT
MEDIATION PROGRAM AND FOR A SIXTY-DAY STAY**

The Parties, Plaintiff Shamiso Maswoswe and Defendant Merrick Garland, U.S. Department of Justice (DOJ), hereby jointly move for a referral to the District Court Mediation Program. As grounds for this Motion, the Parties state as follows:

1. Pursuant to this Court's scheduling orders, the Parties exchanged their initial disclosures on January 27, 2022; Plaintiff provided her Rule 26(a)(2) disclosures on May 13, 2022; the Parties completed written discovery and initial document production in July 2022; and DOJ provided its Rule 26(a)(2) disclosures on August 5, 2022. *See* ECF Nos. 20, 24, 28.

2. Discovery is set to close on October 11, 2022. ECF No. 28. The Parties anticipate taking several depositions and Plaintiff anticipates preparing a reply to DOJ's Rule 26(a)(2) disclosures prior to the conclusion of discovery. Additionally, the Parties are in the process of meeting and conferring about their respective discovery responses.

3. The Parties have also spent the last several weeks exploring the possibility of settlement and have made progress towards a resolution. To further explore that possibility, the parties jointly move for a referral to the District Court Mediation Program.

4. The Parties further move to stay all proceedings in this case for sixty (60) days to facilitate their participation in the program and foster productive settlement discussions by avoiding any unnecessary increase in the Parties' attorney's fees.

Dated: August 17, 2022

Respectfully Submitted,

*/s/ Marlene Laimeche*
Marlene A. Laimeche, Bar No. 1027951
Joseph D. Gebhardt, Bar No. 113894
Gilbert Employment Law, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
mlaimeche@gelawyer.com
jgebhardt@gelawyer.com

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Kevin Wynosky*
EMILY B. NESTLER
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On August 15, 2022, I electronically submitted this document to the clerk of court of the U.S. District Court for the District of Columbia using the court's electronic case filing system. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Kevin Wynosky*
Kevin Wynosky
Trial Attorney
U.S. Department of Justice