IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAMISO MASWOSWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 21-0411 (CKK) |
| v. ) | |
| ) | |
| MERRICK GARLAND, ) | November 14, 2022 |
| U.S. DEP'T OF JUSTICE ) | |
|    Defendant. ) | |

## PARTIES' JOINT STATUS REPORT REGARDING MEDIATION

The parties are engaged in ongoing settlement negotiations in this case through the Court's Mediation Program, under mediator David Clark. Given the posture of the negotiations, the parties have conferred and jointly agree that the mediation period should be extended an additional 14 days to and including November 28, 2022.

Respectfully submitted,

*Joseph D. Gebhardt*

Joseph D. Gebhardt
Maya P. Jefferson
Gilbert Employment Law, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
P: (301) 608-0880
C: (202) 295-7340 (Gebhardt)
jgebhardt@gelawyer.com
*Attorneys for Plaintiff*

*/s/ Kevin J. Wynosky*
Kevin J. Wynosky
Emily B. Nestler
Trial Attorneys
U.S. Department of Justice

Civil Division, Federal Programs
Branch 1100 L Street N.W., Rm.
12400 Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14th, 2022, I caused a copy of the foregoing Parties' Joint Status Report Regarding Settlement to be served on all parties of record via CM/ECF System.

*/s/Daniel A. Goldstein*
Paralegal
Gilbert Employment Law, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881