IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAMISO MASWOSWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 21-0411 (CKK) |
| v. ) | |
| ) | |
| MERRICK GARLAND, ) | November 28, 2022 |
| U.S. DEP'T OF JUSTICE ) | |
| Defendant. ) | |

**PARTIES' JOINT STATUS REPORT REGARDING MEDIATION**

The parties are engaged in ongoing settlement negotiations in this case through the Court's Mediation Program, under mediator David Clark. The parties have made progress and appear to be close to a settlement. Given the posture of the negotiations, the parties have conferred and jointly agree that the mediation period should be extended an additional 14 days to and including December 12, 2022. The parties will provide a Joint Status Report to the Court no later than December 16, 2022. Mediator Clark supports this extension, which has been communicated to the Court's Mediation Program office.

    Respectfully submitted,

    */s/ Joseph D. Gebhardt*

    Joseph D. Gebhardt
    Maya P. Jefferson
    Gilbert Employment Law, P.C.
    1100 Wayne Avenue, Suite 900
    Silver Spring, MD 20910
    P: (301) 608-0880
    C: (202) 295-7340 (Gebhardt)
    jgebhardt@gelawyer.com
    *Attorneys for Plaintiff*

*/s/ Kevin J. Wynosky*
Kevin J. Wynosky
Emily B. Nestler
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs
Branch 1100 L Street N.W.,
Rm.  12400 Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 28th, 2022, I caused a copy of the foregoing Parties' Joint Status Report Regarding Settlement to be served on all parties of record via CM/ECF System.

              */s/ Dan Binder*
              Paralegal
              Gilbert Employment Law, P.C.
              1100 Wayne Avenue, Suite 900
              Silver Spring, MD 20910
              Tel: (301) 608-0880
              Fax: (301) 608-0881