# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **SHAMISO MASWOSWE** | : | Case No. 1:21-cv-00411 |
| *Plaintiff,* | : | Judge Colleen Kollar-Kotelly |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND** | : | |
| *Defendant.* | : | |
| | : | |

## CONSENT MOTION FOR SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval by this Court, Shamiso Maswoswe substitutes Shanlon Wu, D.C. Bar No. 422910, as counsel of record in place of Joseph D. Gebhardt and Marlene Ailloud Laimeche.

Contact information for new counsel is as follows:

Shanlon Wu
Cohen Seglias Pallas Greenhall & Furman PC
900 Seventh Street NW, Suite 725
Washington, DC 20001
(202) 466-4110
swu@cohenseglias.com

| | |
|---|---|
| I consent to the above substitution.<br>December 30, 2022 | *Shamiso Maswoswe*<br>Shamiso Maswoswe |
| I consent to being substituted.<br>December 30, 2022 | *Joseph D. Gebhardt*<br>Joseph D. Gebhardt |
| I consent to being substituted.<br>December 30, 2022 | *Marlene Ailloud*<br>Marlene Ailloud Laimeche |
| I consent to the above substitution.<br>December 30, 2022 | *Shanlon Wu*<br>Shanlon Wu |

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAMISO MASWOSWE** | Case No. 1:21-cv-00411 |
| *Plaintiff,* | Judge Colleen Kollar-Kotelly |
| v. | **CONSENT ORDER GRANTING** |
| | **SUBSTITUTION OF ATTORNEY** |
| **MERRICK GARLAND** | |
| *Defendant.* | |

## CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL

The substitution of Shanlon Wu, D.C. Bar No. 422910, as counsel of record for Shamiso Maswoswe, in place of Joseph D. Gebhardt and Marlene Ailloud Laimeche, is hereby approved and so ORDERED.

_____    _____

Date                                            Judge Colleen Kollar-Kotelly