UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHAMISO MASWOSWE** | : | Case No. 1:21-cv-00411 |
| *Plaintiff,* | : | Judge Colleen Kollar-Kotelly |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND** | : | |
| *Defendant.* | : | |
| | : | |

**PARTIES' JOINT STATUS REPORT REGARDING MEDIATION**

The parties are engaged in ongoing settlement negotiations in this case through the Court's Mediation Program, under mediator David Clark. The parties are continuing to make progress and appear to be close to a settlement. Given the posture of the negotiations, the parties have conferred and jointly agree that the mediation period should be extended to and including January 25, 2023. The parties will provide a Joint Status Report to the Court no later than January 27, 2023. Mediator Clark supports this extension, which has been communicated to the Court's Mediation Program office.

January 13, 2023                                      Respectfully submitted,

_____
Shanlon Wu
Cohen Seglias Pallas Greenhall & Furman PC
900 Seventh Street NW, Suite 725
Washington, DC 20001
(202) 466-4110
swu@cohenseglias.com
*Attorney for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Emily B. Nestler*
EMILY B. NESTLER (NY Bar # 4398095)
KEVIN WYNOSKY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2023, I caused a copy of the foregoing Parties' Joint Status Report Regarding Mediation to be served on all parties of record via CM/ECF.

      /s/ Shanlon Wu
Shanlon Wu
Cohen Seglias Pallas Greenhall & Furman PC
900 Seventh Street NW, Suite 725
Washington, DC 20001
(202) 466-4110
swu@cohenseglias.com