UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAMISO MASWOSWE | : | Case No. 1:21-cv-00411 |
| *Plaintiff,* | : | Judge Colleen Kollar-Kotelly |
| | : | |
| v. | : | |
| | : | |
| MERRICK GARLAND | : | |
| *Defendant.* | : | |
| | : | |

**PARTIES' JOINT STATUS REPORT REGARDING MEDIATION**

The parties are engaged in ongoing settlement negotiations in this case through the Court's Mediation Program, under mediator David Clark. The parties have reached an agreement in principle, and Defendant is in the process of obtaining final approval of the settlement. The parties have conferred and jointly agree that the mediation period should be extended to and including April 5, 2023 so that a settlement may be finalized. The parties will provide a Joint Status Report to the Court, or will dismiss the case, no later than April 7, 2023. Mediator Clark supports this extension, which has been communicated to the Court's Mediation Program office.

March 24, 2023                                    Respectfully submitted,

_____
Shanlon Wu
Cohen Seglias Pallas Greenhall & Furman PC
900 Seventh Street NW, Suite 725
Washington, DC 20001
(202) 466-4110
swu@cohenseglias.com
*Attorney for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Kevin Wynosky*
EMILY B. NESTLER
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov
*Attorneys for Defendant*

\

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2023, I caused a copy of the foregoing Parties' Joint Status Report Regarding Mediation to be served on all parties of record via CM/ECF.

                                            /s/ Shanlon Wu
                                            Shanlon Wu
                                            Cohen Seglias Pallas Greenhall & Furman PC
                                            900 Seventh Street NW, Suite 725
                                            Washington, DC 20001
                                            (202) 466-4110
                                            swu@cohenseglias.com